UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEMETRIOUS LOWE and
TRAYVOND BURTON,

          Plaintiffs,

                                    Case No. 25-cv-1220-bhl

    v.

CITY OF BROOKFIELD, JOSHUA SCHABER,
BRANDON SCHULZ, GABRIEL EESLEY,
MAX FAULSTITCH and DEREK HANDEL,

          Defendants.

---

### ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY

---

On August 14, 2025, Plaintiffs Demetrious Lowe and Trayvond Burton filed this federal lawsuit, asserting false arrest and excessive force claims against the City of Brookfield and Brookfield police officers Joshua Schaber, Brandon Schulz, Gabriel Eesley, Max Faulstitch, and Derek Handel. (ECF No. 1.) Plaintiffs' claims stem from their September 14, 2024 arrests outside the Brookfield Convention Center. (*Id*.) After they filed their federal lawsuit, Plaintiffs were charged criminally in Waukesha County Circuit Court with resisting an officer, *see* Wis. Stat. §946.41(1), based on the same incident, (ECF No. 15). Defendants answered Plaintiffs' complaint and asked the Court to stay this case under *Younger v. Harris*, 401 U.S. 37 (1971), pending completion of the state criminal proceeding. (ECF Nos. 11 & 12.) The Court granted Defendants' motion. (ECF No. 23.) On April 6, 2026, Plaintiffs filed a motion to lift the stay, because they pleaded no contest to disorderly conduct citations, and there are no longer state criminal proceedings pending. (ECF No. 24 at 2.) Defendants oppose the motion and further argue, without filing their own motion, that Plaintiffs' claims are now barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and should be dismissed. (ECF No. 25.) But Defendants must request this relief by motion. Fed. R. Civ. P. 7(b)(1). If Defendants believe this case should be dismissed under *Heck*, then they should file a motion for judgment on the pleadings or a motion to dismiss.

As the criminal charges against Plaintiffs have concluded, the Court will lift the stay of this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion, ECF No. 24, is **GRANTED**.  The stay of this case is lifted.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and submit a proposed plan for moving the case to resolution.  The parties' joint plan shall be filed no later than July 13, 2026.

Dated at Milwaukee, Wisconsin, on June 12, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge